# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| SHERRI A. BENDER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NANCY A. BERRYHILL, )<br>**Acting Commissioner of Social Security,** )<br>)<br>Defendant. ) | Case No. 16-CV-2160 |

## ORDER

A Report and Recommendation (#21) was filed by Magistrate Judge Eric I. Long in the above cause on September 8, 2017. On September 22, 2017, the day her objection was due, Plaintiff, Sherri A. Bender, filed a last minute Motion for Extension of Time (#22), which this court denied. Following this court's careful de novo review of the Magistrate Judge's reasoning, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#21). This court agrees that Defendant's Motion for Summary Judgment (#19) should be GRANTED and Plaintiff's Motion for Summary Judgment (#12) should be DENIED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#21) is accepted by this court.

(2) Defendant's Motion for Summary Judgment (#19) is GRANTED, and Plaintiff's Motion for Summary Judgment (#12) is DENIED.

(3) This case is terminated.

ENTERED this 27th day of September, 2017.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE